IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEDRAD, INC., | ) |
| Plaintiff, | ) Case No. 2:12-cv-01455-JFC<br>)<br>) |
| v. | )<br>) |
| MAULL BIOMEDICAL TRAINING, LLC, and INJECTOR SUPPORT AND SERVICE, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(A)(1)

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby dismiss without prejudice all claims in the above-referenced action.

Respectfully submitted,

/s/ Wendy West Feinstein
Wendy West Feinstein
Pa. I.D. No. 86698
Audrey K. Kwak
Pa. I.D. No. 200527

ECKERT SEAMANS CHERIN & MELLOTT, LLC
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA  15219
(412) 566-6000 (tel)
(412) 566-6099 (fax)
wfeinstein@eckertseamans.com
akwak@eckertseamans.com

*Attorneys for MEDRAD, Inc.*

/s/ per email consent by Brian Furgala
*Defendant, Injector Support and Service, LLC*

/s/ Thomas Reitz (per email consent)
Jack P. Bock III
DORNISH LAW OFFICES PC
1207 Fifth Avenue, Suite 300
Pittsburgh, PA  15219
(412) 765-2726 (tel)
(412) 765-2736 (fax)
jbock@dornish.net

Thomas Reitz pro hac vice
Douglas Paul pro hac vice
CHRISTLEY, HERRINGTON & PIERCE
215 West Garfield Road, Suite 230
Aurora, OH  44202
(330) 562-3156 (tel)
(330) 562 9540 (fax)
trr@chpohiolaw.com
dkp@chpohiolaw.com

*Attorneys for Maull Biomedical Training, LLC*