**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
P.O. Box 1805
Pittsburgh, PA 15230
www.pawd.uscourts.gov

**ROBERT V. BARTH, JR.**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: March 26, 2013

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

RE: MEDRAD, INC. vs. MAULL BIOMEDICAL TRAINING, LLC
Case Number:   **2:12–CV–01455–JFC**

Dear Commissioner:

   Enclosed is a copy of the order which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

Sincerely,

ROBERT V. BARTH, JR.
CLERK OF COURT

By:  **/s/ plh**

Deputy Clerk

Enclosures